IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GERRY NEWSOME, | * |
| Plaintiff, | * |
| v. | * |
| | *   CV 621-056 |
| PARNELL & PARNELL, PA, and FINEX ASIA GLOBAL FINTECH, SPC, | * |
| Defendants. | * |

ORDER

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice. (Doc. 6.) Plaintiff filed the notice prior to Defendants having served an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of March, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA